# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Jerome Wagner

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): Harley-Davidson Motor Company Group, LLC

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Gerald Barrett
Ward, Keenan & Barrett, P.C.
3838 N. Central Ave., Suite 1720
Phoenix, Arizona  85012
602-279-1717


Joel D. Smith , (pro hac vice forthcoming)
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, California  94596
925-300-4455


Neal J. Deckant , (pro hac vice forthcoming)
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, California  94596
925-300-4455


Julian C. Diamond , (pro hac vice forthcoming)
Bursor & Fisher, P.A.
888 Seventh Ave.
New York, New York  10019
646-837-7150

Defendant's Atty(s):

---

II. Basis of Jurisdiction:        3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal</u>
<u>Parties</u> **(Diversity Cases Only)**

                       Plaintiff:- **N/A**
                       Defendant:- **N/A**

<u>IV. Origin</u> :              **1. Original Proceeding**

<u>V. Nature of Suit</u>:        **890 Other Statutory Actions**

<u>VI.Cause of Action:</u>     **28 USC Sec.1332(d) - Class Action for violations of the Magnuson-Moss Warranty Act**

<u>VII. Requested in Complaint</u>
                Class Action: **Yes**
              Dollar Demand: **over $5,000,000.00**
              Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>s/Gerald Barrett</u>

    **Date:** <u>11/09/2022</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**